IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CALVIN FRAZIER, #177281, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:11cv081-WHA |
| | ) |
| BEN FULLER - CIRCUIT COURT JUDGE | )       (WO) |
| OF CHILTON COUNTY, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #4), together with Plaintiff's Objections (Doc. #6).

Following an independent evaluation and *de novo* review of this matter, the court finds the Plaintiff's objections to be without merit.  The Magistrate Judge found that the claims asserted by the Plaintiff entitled him to no relief in a 42 U.S.C. § 1983 action.  The court agrees, and the Plaintiff's objections in no way impact that determination.  Therefore, the objections are OVERRULED, the court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this case is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

DONE this 22nd day February, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE