IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CALVIN FRAZIER, #177281, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:11cv081-WHA |
| | ) |
| BEN FULLER - CIRCUIT COURT JUDGE | )    (WO) |
| OF CHILTON COUNTY, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the opinion entered in this case on this day,

Final Judgment is entered in favor of the Defendant and against the Plaintiff, and this case is DISMISSED with prejudice.

DONE this 22nd day February, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE